In re  **Zdzislawf Franciszek Bednarski** ,  Case No.  **13-10182**
  Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>AURORA ORGAINC DAIRY LITIGATIO<br>PO BOX 462830<br>Escondido, CA 92046-2830 | | - | | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9207**<br><br>BRAD L WILLIAMS, PS<br>621 W MALLON AVE, STE603<br>Spokane, WA 99201-2163 | | - | 114-12364 | | | | **21,733.00** |
| Account No.<br><br>WELLS FARGO<br>PO BOX 29486<br>PHOENIX, AZ 85038-9486 | | | Representing:<br>BRAD L WILLIAMS, PS | | | | **Notice Only** |
| Account No. **xx-x-xxxxx-8-SEA**<br><br>CARLSON, MCMAHON & SEALBY<br>37 S WENATCHEE AVE<br>3RD FLOOR, STE F<br>PO BOX 2965<br>Wenatchee, WA 98807-2965 | | - | | | | | **Unknown** |

__7__ continuation sheets attached

Subtotal
(Total of this page)  **21,733.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
                                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4635<br><br>CITIBAN<br>PO BOX 469100<br>Escondido, CA 92046-9100 | - | | | | | | 1,888.00 |
| Account No.<br><br>ARS<br>PO BOX 70<br>SCOTTSBLUFF, NE 69361 | | | Representing:<br>CITIBAN | | | | Notice Only |
| Account No. xxxx9606<br><br>COHN & DUSSI. LLC<br>300 TRADE CENTER STE 3700<br>Woburn, MA 01801 | - | | | | | | 56,285.00 |
| Account No.<br><br>FIDELITY<br>P.O. BOX 1330<br>SCOTTSDALE, AZ 85252 | | | Representing:<br>COHN & DUSSI. LLC | | | | Notice Only |
| Account No.<br><br>KEY BANK<br>PO BOX 3544<br>SEATTLE, WA 98124 | | | Representing:<br>COHN & DUSSI. LLC | | | | Notice Only |

Sheet no. **1** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **58,173.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx5353<br><br>**CRYSTAL AND SIERRA SPRINGS**<br>**PO BOX 660579**<br>**Dallas, TX 75266-0579** | - | | | | | | 56.00 |
| Account No. xxxx-xxxx-xxxx-4821<br><br>**DANIEL N GORDON**<br>**4023 W 1ST AVE**<br>**PO BOX 22338**<br>**Eugene, OR 97402** | - | | | | | | 2,673.00 |
| Account No. xxxx-xxxx-xxxx-9207<br><br>**FAIR RESOLUTIONS**<br>**1697 N WESTERN AVE**<br>**Wenatchee, WA 98801** | - | | | | | | 19,103.00 |
| Account No. xxxxxxxxxx3599<br><br>**GREAT PLAINS CAPITAL CORP**<br>**2475 39TH AVE**<br>**PO BOX 1068**<br>**Columbus, NE 68602-1068** | - | | | | | | 9,444.00 |
| Account No.<br><br>**BANK OF AMERICA**<br>**1825 E BUCKEYE RD**<br>**PHOENIX, AZ 85034** | | | **Representing:**<br>**GREAT PLAINS CAPITAL CORP** | | | | Notice Only |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **31,276.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**FIDELITY**<br>P.O. BOX 1330<br>SCOTTSDALE, AZ 85252 | | | Representing:<br>**GREAT PLAINS CAPITAL CORP** | | | | Notice Only |
| Account No. **xxxx-xxxx-xxxx-9174**<br>**J.C. CHRISTENSEN & ASSOCIATES**<br>PO BOX 519<br>Sauk Rapids, MN 56379-0519 | | - | | | | | 17,034.00 |
| Account No.<br>**FIDELITY HOME & LOANS**<br>3400 SW 344TH ST<br>Federal Way, WA 98023-3007 | | | Representing:<br>**J.C. CHRISTENSEN & ASSOCIATES** | | | | Notice Only |
| Account No. **xxxxxx5932**<br>**KEY BANK**<br>PO BOX 5278<br>Boise, ID 83705-0278 | | - | | | | | 56,423.00 |
| Account No.<br>**SENTRY CREDIT**<br>PO BOX 12070<br>Everett, WA 98206-2070 | | | Representing:<br>**KEY BANK** | | | | Notice Only |

Sheet no. **3** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　**73,457.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1405** <br><br> **LAKEHAVEN UTILITY DISTRICT** <br> **31627 1ST AVE S** <br> **FEDERAL WAY, WA 98003** | - | | | | | | **75.00** |
| Account No. <br><br> **LAW OFFICE OF MICHAEL LOVEJOY** <br> **PO BOX 25340** <br> **Seattle, WA 98165** | - | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx9174** <br><br> **Lvnv Funding Llc** <br> **Po Box 740281** <br> **Houston, TX 77274** | - | | Opened 8/18/11 Last Active 1/01/10 <br> Collection Bank Of America | | | | **0.00** |
| Account No. <br><br> **ALLIED INTERSTATE LLC** <br> **PO BOX 361774** <br> **Columbus, OH 43236** | | | Representing: <br> Lvnv Funding Llc | | | | **Notice Only** |
| Account No. **xxxxx4304** <br><br> **NORTHLAND GROUP** <br> **P.O. BOX 390905** <br> **EDINA, MN 55439** | - | | | | | | **1,888.00** |

Sheet no. **4** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,963.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**CITIBANK**<br>**PO BOX 6500**<br>**SIOUX FALLS, SD 57117** | | | **Representing:**<br>**NORTHLAND GROUP** | | | | Notice Only |
| Account No. **xxxxHI-WA**<br>**PARKING SERVICES**<br>**ATTN: COLLECTION DEPT**<br>**4739 UNIVERSITY WAY NE #1646**<br>**Seattle, WA 98105-4492** | | - | | | | | 73.00 |
| Account No. **xxx-xxx-900-2**<br>**PUGET SOUND ENERGY**<br>**PAYMENT PROCESSING GEN-02W**<br>**PO BOX 91269**<br>**BELLEVUE, WA 98009-9269** | | - | | | | | 1,890.00 |
| Account No. **xxxx3521**<br>**RECALL SECURE DESTRUCTION**<br>**PO BOX 841709**<br>**Dallas, TX 75284-1709** | | - | | | | | 149.00 |
| Account No. **xxxxxx6543**<br>**ROUNDPOINT**<br>**PO BOX 741771**<br>**Atlanta, GA 30374-1771** | | - | | | | | 48.00 |

Sheet no. **5** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,160.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4821<br><br>Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | - | | Opened 12/02/01 Last Active 10/02/08<br>ChargeAccount | | | | 2,117.00 |
| Account No.<br><br>DANIEL N GORDON<br>4023 W 1ST AVE<br>PO BOX 22338<br>Eugene, OR 97402 | | | Representing:<br>Sears/Cbna | | | | Notice Only |
| Account No. xxxxx1878<br><br>TATE & KIRLIN, ASSOCIATES<br>2810 SOUTHAMPTON RD.<br>PHILADELPHIA, PA 19154 | - | | | | | | 17,034.00 |
| Account No. xxx-xxx14-CU<br><br>The Ridge HOA<br>PO Box 4508<br>Federal Way, WA 98063 | - | | | | | | 2,573.00 |
| Account No. xx3435<br><br>United Online Collections<br>P O Box 5006-BD<br>Woodland Hills, CA 91365-9637 | - | | | | | | 40.00 |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **21,764.00**

In re **Zdzislawf Franciszek Bednarski**, Case No. **13-10182**
　　　　　　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx0001**<br>**Verizon Wireless**<br>**15900 Se Eastgate Way**<br>**Bellevue, WA 98008** | - | | **Opened 11/25/96 Last Active 4/01/12**<br>**Collection** | | | | 135.00 |
| Account No.<br>**EOS CCA**<br>**PO BOX 556**<br>**Norwell, MA 02061-0556** | | | **Representing:**<br>**Verizon Wireless** | | | | Notice Only |
| Account No. **xxx4445**<br>**VIRTUOSO SOURCING GROUP**<br>**PO BOX 8546**<br>**Omaha, NE 68108-0546** | - | | | | | | 135.00 |
| Account No. **xxx-xxxxxxx-x055-0**<br>**WASTE MANAGEMENT**<br>**PO BOX 541008**<br>**Los Angeles, CA 90054-1008** | - | | | | | | 74.00 |
| Account No. | | | | | | | |

Sheet no. **7** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 　344.00

Total (Report on Summary of Schedules) 　210,870.00