**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>**BEDNARSKI, Zdzislaw Franciszek,**<br><br>Debtor. | No. 13-10182<br><br>**ORDER GRANTING MOTION TO AVOID LIENS** |

THIS matter having come before the Court upon the motion of the debtor and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore

1. ORDERED that debtors' motion pursuant to 11 USC 522(f) and BR 4003(d) to avoid the lien on the real property of debtor that is commonly known as 3400 SW 344th St., Federal Way, WA, and is legally described as follows:

> LOT 1 OF BOUNDARY LINE ADJUSTMENT NO. 03-105205-00-SE AS RECORDED UNDER RECORDING NO. 20040224900001, RECORDS OF KING COUNTY WASHINGTON; SITUATE IN THE CITY OF FEDERAL WAY, COUNTY OF KING, STATE OF WASHINGTON.

is GRANTED; and,

2. ORDERED that the lien of KEY BANK, N.A. ("Creditor"). King County Superior Court Cause No. 11-2-36268-0, is hereby avoided and shall be held for naught; and

ORDER GRANTING MOTION TO
AVOID JUDICIAL LIEN - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234   Fax: 941-0476

Case 13-10182-MLB    Doc 32    Filed 03/12/13    Ent. 03/12/13 13:20:01    Pg. 1 of 2

1       3.      ORDERED that the lien of EGP INVESTMENTS, King County Superior Court Cause No. 12-9-07065-8, is hereby avoided and shall be held for naught; and

///END OF ORDER///

Presented By:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtor

CHAPTER 13 TRUSTEE


K. Michael Fitzgerald

ORDER GRANTING MOTION TO
AVOID JUDICIAL LIEN - 2

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
Phone: (253) 941-0234 Fax: 941-0476

Case 13-10182-MLB    Doc 32    Filed 03/12/13    Ent. 03/12/13 13:20:01    Pg. 2 of 2