Judge: Marc Barreca  
Chapter: 13

United States Bankruptcy Court  
Western District of Washington at Seattle

In RE:  Chapter 13 Case # 13-10182

Zdzislaw Franciszek Bednarski  
3400 Sw 344Th St  
Federal Way,Wa 98023

Debtor(s)

## Chapter 13 Trustee's Report of Filed Claims
August 09, 2013

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case.  The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court.  Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No.  13-10182

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Advantage Assets Ii Inc<br>7322 Southwest Fwy #1600<br>Houston,TX 77074 | $20,302.98<br>Clm#: 26<br>Level: 40 | U - Unsecured<br><br>Comm:<br>Acct # 1495 | |
| Allied Interstate<br>Po Box 361774<br>Columbus,OH 43236 | $0.00<br>Clm#: 68<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # LVNV Funding LLC | |
| Ars<br>Po Box 70<br>Scottsbluff,NE 69361 | $0.00<br>Clm#: 54<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Citibank | |
| Asset Acceptance<br>Po Box 2036<br>Warren,MI 48090 | $2,467.32<br>Clm#: 2<br>Level: 40 | U - Unsecured<br><br>Comm: Sears/Citibank<br>Acct # 6841 | |
| Aurora Orgainc Dairy Litigatio<br>Po Box 462830<br>Escondido,CA 92046-2830 | $0.00<br>Clm#: 49<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # | X |

| Creditor | Amount | Status | X |
|---|---|---|---|
| Bank Of America<br>1825 E Buckeye Rd<br>Phoenix,AZ 85034 | $0.00<br>Clm#: 62<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Great Plains Capital Corp | |
| Brad. L Williams, P.S<br>621 W Mallon Ave Ste 603<br>Spokane,WA 99201 | $0.00<br>Clm#: 50<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 9207 | X |
| Carlson Mchahon & Sealby<br>37 S Wenatchee Ave 3Rd Fl #F<br>Wenatchee,WA 98801 | $0.00<br>Clm#: 52<br>Level: 92<br>059137 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 8-SEA | X |
| Citibank<br>Po Box 469100<br>Escondido,CA 92046-9100 | $0.00<br>Clm#: 53<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 4635 | X |
| Citibank<br>Po Box 6500<br>Sioux Falls,SD 57117 | $0.00<br>Clm#: 70<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Northland Group | |
| Clerk Of Bankruptcy Court<br>Finance Dept. Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101 | $181.00<br>Clm#: 0<br>Level: 1<br>200000 | Filing Fee<br>@ $181.00 Per Month<br>Comm:<br>Acct # | |
| Cohn & Dussi Llc<br>300 Trade Center Suite 3700<br>Woburn,MA 01801 | $0.00<br>Clm#: 55<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 9606 | X |
| Crystal And Sierra Springs<br>Po Box 660579<br>Dallas,TX 75266-0579 | $0.00<br>Clm#: 58<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 5353 | X |
| Daniel N Gordon<br>4023 W 1St Ave<br>Po Box 22338<br>Eugene,OR 97402 | $0.00<br>Clm#: 59<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 4821 | X |
| Eos Cca<br>Po Box 556<br>Norwell,MA 02061-0556 | $0.00<br>Clm#: 78<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Verizon Wireless | |
| Fair Resolutions Inc<br>1697 N Western Ave<br>Wenatchee,WA 98801-1107 | $24,391.77<br>Clm#: 60<br>Level: 40 | U - Unsecured<br><br>Comm: EGP Investments/Amnd Sched F 2-1<br>Acct # 1541/Wells Fargo | |

| Name/Address | Amount / Clm# / Level | Status / Comm / Acct | |
|---|---|---|---|
| Fidelity<br>Po Box 1330<br>Scottsdale,AZ 85252 | $0.00<br>Clm#: 56<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Cohn & Dussi LLC | |
| Fidelity Home & Loans<br>3400 Sw 344Th St<br>Federal Way,WA 98023-3007 | $0.00<br>Clm#: 64<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # JC Christensen & Assoc | |
| Great Plains Capital Corp<br>Po Box 1068<br>Columbus,NE 68602 | $0.00<br>Clm#: 61<br>Level: 92<br>346426 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 3599 | X |
| Internal Revenue Service<br>Po Box 7346<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 47<br>Level: 98<br>Corr Only | Y - Notice Only<br><br>Comm:<br>Acct # | |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $0.00<br>Clm#: 8<br>Level: 32<br>Pmts Go To | M - Irs<br><br>Comm: I10~12 - Revised to zero<br>Acct # X6841 | |
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia,PA 19101 | $5,508.87<br>Clm#: 48<br>Level: 40<br>Pmts Go To | U - Unsecured<br><br>Comm: I05~06/Penalty<br>Acct # X6841 | |
| Jc Christensen & Associates<br>Po Box 519<br>Sauk Rapids,MN 56379 | $0.00<br>Clm#: 63<br>Level: 92<br>597954 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 9174 | X |
| Key Bank<br>Po Box 3544<br>Seattle,WA 98124 | $0.00<br>Clm#: 57<br>Level: 98<br>521772 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Cohn & Dussi LLC | |
| Keybank Na<br>4910 Tiedeman Road Client<br>Services Oh<br>Cleveland,OH 44144 | $0.00<br>Clm#: 12<br>Level: 40 | U - Unsecured<br><br>Comm: 3400 SW 344th St/Lien voided 4-12<br>Acct # 6480/Adversary 13-01115 | |
| Keybank National Association<br>Po Box 94968<br>Cleveland,OH 44101 | $56,442.02<br>Clm#: 41<br>Level: 40<br>186034 | U - Unsecured<br><br>Comm: Judgment/D-CTO 3-12-13 Lien void<br>Acct # 5932 | |
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle,WA 98104-2387 | $0.00<br>Clm#: 9<br>Level: 98<br>ALL GO TO | J - No Provision<br><br>Comm: 33218 2nd PL SW/Plan surrenders p<br>Acct # 729800-0140-07/Current | |

| Creditor | Amount | Claim Info | Status | Comments | Flag |
|---|---|---|---|---|---|
| King Co Off Of Finance<br>500 4Th Ave #600<br>Seattle, WA 98104-2387 | $0.00 | Clm#: 46<br>Level: 98<br>ALL GO TO | J - No Provision | Comm: 3400 SW 344th St<br>Acct # | |
| Lakehaven Utility District<br>31627 1St Ave S<br>Federal Way, WA 98003 | $0.00 | Clm#: 66<br>Level: 92 | Not Filed | Comm: Amended Sched F 2-15-13<br>Acct # 1405 | X |
| Law Offices Of Michael Lovejoy<br>Po Box 25340<br>Seattle, WA 98165 | $0.00 | Clm#: 67<br>Level: 92 | Not Filed | Comm: Amended Sched F 2-15-13<br>Acct # | X |
| Merchants Credit<br>Po Box 7416<br>Bellevue, WA 98008 | $28,384.79 | Clm#: 15<br>Level: 40<br>010180 | U - Unsecured | Comm: Watermark Credit<br>Acct # P0637835-WCU | |
| Northland Group Inc<br>Po Box 390905<br>Edina, MN 55439 | $0.00 | Clm#: 69<br>Level: 92 | Not Filed | Comm: Amended Sched F 2-15-13<br>Acct # 4304 | X |
| Northwest Trustee Svc Inc<br>P.O. Box 997<br>Bellevue, WA 98009-0997 | $0.00 | Clm#: 16<br>Level: 98 | Y - Notice Only | Comm: Wells Fargo Home Mortgage<br>Acct # | |
| Onewest Bank<br>6900 Beatrice Dr<br>Kalamazoo, MI 49009 | $0.00 | Clm#: 17<br>Level: 98 | Paid Outside | Comm: 3400 SW 344th St/DLQ $645.30 FE<br>Acct # 1004300776/ DOT 3-17-04/ D-CTO | O |
| Parking Services<br>4739 Univeristy Way Ne #1646<br>Seattle, WA 98105-4492 | $0.00 | Clm#: 71<br>Level: 92 | Not Filed | Comm: Amended Sched F 2-15-13<br>Acct # HI-WA | X |
| Physicians & Dentists<br>12720 Gateway Dr #206<br>Seattle, WA 98168 | $2,167.01 | Clm#: 18<br>Level: 40<br>010791 | U - Unsecured | Comm: Alan Mackenzie DDS<br>Acct # 795669 | |
| Puget Sound Energy<br>Po Box 91269<br>Bellevue, WA 98009-9269 | $0.00 | Clm#: 72<br>Level: 92 | Not Filed | Comm: Amended Sched F 2-15-13<br>Acct # 900-2 | X |
| Rco Legal<br>13555 Se 36Th St #300<br>Bellevue, WA 98006 | $0.00 | Clm#: 81<br>Level: 98 | 2002 Notice | Comm: OneWest Bank FSB<br>Acct # | N |

| Creditor | Amount | Status | Code |
|---|---|---|---|
| Recall Secure Destruction<br>Po Box 841709<br>Dallas,TX 75284-1709 | $0.00<br>Clm#: 73<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 3521 | X |
| Resurgent Capital Services<br>Po Box 10587<br>Greenville,SC 29603 | $17,034.04<br>Clm#: 3<br>Level: 40 | U - Unsecured<br><br>Comm: LVNV Funding LLC<br>Acct # 9174/FIA Card Services | |
| Roundpoint<br>Po Box 741771<br>Atlanta,GA 30374-1771 | $0.00<br>Clm#: 74<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 6543 | X |
| Roundpoint Mtg<br>5032 Parkway Plaza Blvd<br>Charlotte,NC 28217 | $0.00<br>Clm#: 20<br>Level: 98 | Surrender Collateral<br><br>Comm: 2nd mrtg/33218 2nd PL SW<br>Acct # 6543 | S |
| Routh Crabtree Olsen Ps<br>13555 Se 36Th St #300<br>Bellevue,WA 98006-1400 | $0.00<br>Clm#: 37<br>Level: 98<br>068706 | 2002 Notice<br><br>Comm: Wells Fargo Bank<br>Acct # | N |
| Sentry Credt<br>Po Box 12070<br>Everett,WA 98206 | $0.00<br>Clm#: 65<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Key Bank | |
| Tate & Kirlin Associates<br>2810 Southampton Rd<br>Philadelphia,PA 19154 | $0.00<br>Clm#: 75<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 1878 | X |
| The Ridge Hoa<br>Po Box 4508<br>Federal Way,WA 98063 | $0.00<br>Clm#: 27<br>Level: 98 | Surrender Collateral<br><br>Comm: 33218 2nd PL SW<br>Acct # 14-CU | S |
| Travis Gagnier<br>Po Box 3949<br>Federal Way,WA 98063-3949 | $0.00<br>Clm#: 45<br>Level: 22<br>datty | Q - Additional Attorney Fee<br><br>Comm:<br>Acct # | |
| United Online Collections<br>Po Box 5006<br>Woodland Hills,CA 91365 | $0.00<br>Clm#: 77<br>Level: 92<br>265072 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 3435 | X |
| Virtuoso Sourcing Group<br>Po Box 8546<br>Omaha,NE 68108-0546 | $0.00<br>Clm#: 79<br>Level: 92 | Not Filed<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 4445 | X |

| | | |
|---|---|---|
| Wash St Dept Of Labor & Ind<br>Collections Div Bankrptcy<br>Po Box 44170<br>Olympia,WA 98504 | $0.00<br>Clm#: 82<br>Level: 32<br>All go to | N - State/Local Taxes<br><br>Comm: Amended Sched E 3-15-13<br>Acct # |
| Wash St Dept Of Revenue<br>2101 4Th Ave #1400<br>Seattle,WA 98121 | $0.00<br>Clm#: 83<br>Level: 32<br>All go to | N - State/Local Taxes<br><br>Comm: Amended Sched E 3-15-13<br>Acct # |
| Waste Management<br>Po Box 541008<br>Los Angeles,CA 90054 | $0.00<br>Clm#: 80<br>Level: 92 | Not Filed     X<br><br>Comm: Amended Sched F 2-15-13<br>Acct # 055-0 |
| Wells Fargo<br>Po Box 29486<br>Phoenix,AZ 85038-9486 | $0.00<br>Clm#: 51<br>Level: 98 | Y - Notice Only<br><br>Comm: Amended Sched F 2-15-13<br>Acct # Brad L Williams |
| Wells Fargo Home Mtg<br>8480 Stagecoach Cir<br>Frederick,MD 21701 | $0.00<br>Clm#: 34<br>Level: 98 | Surrender Collateral<br><br>Comm: 1st mrtg/33218 2nd Pl SW<br>Acct # 7821 |

**Total Claimed Amount: $156,879.80**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Objections to claims in chapter 13 cases must be filed and served no later than 270 days from the petition date, unless good cause is shown. Local Bankruptcy Rule 3007-1(b). Objections to claims shall be filed and served at least 30 days preceding the date fixed for hearing. Local Bankruptcy Rule 9013-1(d)(2)(C). See also Federal Rule of Bankruptcy Procedure 3007.

The Trustee distributes funds pursuant to the plan. Therefore, disputed claims and untimely claims may receive disbursements until a written objection is filed. Whether a claim is filed timely or late, it is allowed unless a party in interest objects. 11 U.S.C. § 502(a); In re Smith, No. 09-43823, 2010 WL 5018379, at * 2 - 3 (Bankr. W.D. Wa. Dec. 3, 2010). In addition, in the absence of an objection, even an untimely proof of claim is entitled to payment through the plan in the same manner as other claims of its class. Smith, 2010 WL 5018379, at *3.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed on CM/ECF when filing documents in this case and do not refer to the claim number displayed by this office.

August 09, 2013

CC: Travis Gagnier
Po Box 3949
Federal Way,WA 98063-3949

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282